UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
EQUAN YUNUS, SR.,  :   17-CV-5839 (AJN)(BCM)
  :
                Plaintiff,  :   **NOTICE OF APPEAL**
  :
      - against -  :
  :
J. LEWIS ROBINSON, *et.al.*,  :
  :
               Defendants.  :
------------------------------------------------------------- X

      PLEASE TAKE NOTICE that defendants Parole Officer Yolanda Vazquez, Parole Officer Joan Lewis-Robinson, Bureau Chief Derek Jones, Senior Parole Officer Denise Grannum, Senior Parole Officer Rodney Smith and Acting Commissioner Anthony Annucci ("Defendants"), by their attorney Letitia James, Attorney General of the State of New York, hereby appeal to the United States Court of Appeals for the Second Circuit from the portion of the Order of the United States District Court for the Southern District of New York entered in the above-captioned case on January 11, 2019, annexed hereto, (Docket No. 103), that grants, in part, plaintiff's motion for a preliminary injunction.

Dated: New York, New York
       February 8, 2019

                                             LETITIA JAMES
                                             Attorney General of the
                                             State of New York
                                             *Attorney for Defendants*

                       By:    /s/ *Daniel Schulze*
                            Daniel Schulze
                            Special Litigation Counsel
                            Kacie Lally
                            Assistant Attorney General
                            28 Liberty Street
                            New York, New York 10005
                            (212) 416-6557
                            Daniel.Schulze@ag.ny.gov