

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6557

October 18, 2019

**VIA ECF**
Hon. Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Yunus v. Lewis-Robinson,* No. 17 Civ 5839 (AJN)(BM)

Dear Judge Nathan:

This Office represented defendants in the above-captioned closed case, and we write to respond to plaintiff's letter of this date, which raises an entirely hypothetical and completely trivial issue regarding the calculation of interest under the settlement agreement.

I have been informed that, in this particular case, plaintiff and his counsel promptly returned all documentation required by the settlement agreement. (*See* Docket No. 128, ¶¶ 4, 5, 8). Interest thus will run on either the 91st day or the 121st day after July 1, 2019, the date the settlement was So Ordered, depending on whether the settlement proceeds constitute "funds of a convicted person" under the Son of Sam law. (*Id.,* ¶ 5). There is thus no issue for the Court to address, and plaintiff's request for a conference should be denied.

Respectfully submitted,

_____/s/_____
Daniel Schulze
Assistant Attorney General

cc: All counsel (via ecf)